UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Naseef Bryan, Jr.

    v.                                        Case No. 24-cv-385-LM-AJ

Eric Foley et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 24, 2025.

The complaint is dismissed for failure to state a claim, and the pending motions (docs. 8, 9, 12, 14 and 15) are terminated as moot. The clerk shall enter judgment and close the case.

                                                  _____
                                                  Landya B. McCafferty
                                                  United States District Judge

Date: March 13, 2025

cc: Naseef Bryan, Jr., pro se